**Roger VAUGHN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 29, 1973.

Rehearing Denied Nov. 9, 1973.

Appeal from Nicholas Circuit Court; John P. Lair, Judge.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**James E. CALVERT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

Rehearing Denied Dec. 7, 1973.

Appeal from Jefferson Circuit Court, Criminal Branch, First Division, Jefferson County; S. Rush Nicholson, Judge.

Terrence R. Fitzgerald, Deputy Public Defender, Louisville-Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

**Ora Mae WEBB, Appellant,**

v.

**METROPOLITAN LIFE INS. CO., Appellee.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

Rehearing Denied Nov. 23, 1973.

Appeal from Madison Circuit Court; James S. Chenault, Judge.

Guy K. Duerson, Jr., Duerson & Lawrence, Berea, for appellant.

Bennett Clark, Stoll, Kennon & Park, Lexington, for appellee.

Memorandum Opinion of the Court by MACAULEY SMITH, Special Commissioner, Affirming.*

* Opinion ordered not to be published.